## <u>CONTINUATION IN SUPPORT OF CRIMINAL COMPLAINT</u>

### INTRODUCTION

1.      Two men – one in Michigan and another in Tennessee – agreed to produce child pornography. They negotiated the terms of their agreement on the social messaging application Kik. Michael BLEDSOE, the Michigan subject, offered to provide Joseph BRANDON, the Tennessee subject with the Snapchat username of BLEDSOE's live-in stepdaughter. In exchange, BRANDON promised to "friend" the stepdaughter on Snapchat using a fake account in which he would pose as a young girl and gain the stepdaughter's trust. The goal of this subterfuge was to trick the stepdaughter into providing BRANDON with nude photos, which he promised to provide to BLEDSOE. BLEDSOE held up his end of the bargain – he gave BRANDON the Snapchat account of BLEDSOE's stepdaughter. BRANDON then told BLEDSOE that he'd also kept his promise by adding the stepdaughter as a friend on Snapchat. IP address information from subpoena returns, CyberTips from the National Center for Missing and Exploited Children, and search warrant returns from SnapChat show which accounts BRANDON used to carry out his conspiracy with BLEDSOE, as well as to commit other child exploitation offenses against multiple children.

### AGENT BACKGROUND

2.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since 2019. I am currently assigned to the Detroit Field Office, Lansing Resident Agency located in Lansing, Michigan, where my duties involve the investigation of federal crimes including the production and distribution of child pornography. I am thus

a "federal law enforcement officer," as defined by Federal Rule of Criminal Procedure 41(a)(2)(C), and I am authorized to apply for and execute warrants issued by federal courts. I have participated in the execution of search warrants involving the possession and distribution of child pornography. I have consulted with other Special Agents who specialize in computer and internet-related crimes to gain knowledge of common practices, techniques, and methods used by individuals who engage in the possession, production, and distribution of child pornography, as well as specialized knowledge of conducting searches of computers, digital devices, and electronic service providers.

**PURPOSE OF AFFIDAVIT**

3.       Based on the facts set forth in this continuation, there is probable cause to believe that violations of 18 U.S.C. § 2251(e) (Sexual Exploitation of a Child/Children, as well as Attempt and Conspiracy to Commit Same) have been committed and/or are being committed by Joseph BRANDON.

4.       The facts in this affidavit come from, my training and experience, and information obtained from other agents and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter. I have not included every fact known to me concerning this investigation. Only the facts I believe are necessary for the limited purpose of establishing probable cause to obtain a warrant for the arrest of Joseph BRANDON.  Additionally, unless otherwise indicated, wherever in this document I say that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement. Furthermore, unless

otherwise indicated, all statements contained in this document are summaries in substance and in part.  The following is true to the best of my knowledge and belief.

## STATUTORY AUTHORITY

5.      Title 18 U.S.C. § 2251(a) forbids any person to employ, use, persuade, induce, or coerce any person under the age of eighteen years to engage in, or has such person assist any other person to engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct. Further, § 2251(b) prohibits a parent, legal guardian, or person having custody or control of any person under the age of eighteen years to knowingly permit such persons to engage in, or to assist any other person to engage in, sexually explicit conduct for the purpose of producing any visual depiction of such conduct. Section 2251(e) prohibits attempts and conspiracies to commit the prohibited acts forbidden in elsewhere in § 2251.

## DEFINITIONS

6.      "Child pornography," as defined in 18 U.S.C. § 2256(8), is any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct.

7.     "Sexually explicit conduct," as defined in 18 U.S.C. § 2256(2), means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the anus, genitals, or public area of any person.

8.     INTERNET SERVICE PROVIDER (ISP):  A company that provides its customers with access to the Internet, usually over telephone lines or cable connections. Typically, the customer pays a monthly fee, and the ISP supplies software and/or hardware that enables the customer to connect to the Internet by a modem or similar device attached to or installed in a computer.

9.     THE INTERNET:  The Internet is a worldwide computer network that connects computers and allows communications and the transfer of data and information across county, state, and national boundaries.

10.     INTERNET PROTOCOL ADDRESS (IP Address):  The unique numeric address of a machine or computer attached to and using the Internet.  This address is displayed in four blocks of numbers, e.g., 123.456.789.001.  One computer or device can only use each numbered IP address over the Internet at a time.

11.     NATIONAL CENTER FOR MISSING AND EXPLOITED CHILDREN (NCMEC):  The National Center for Missing & Exploited Children® opened in 1984 to serve as the nation's clearinghouse on issues related to missing and sexually exploited children.  Today NCMEC is authorized by Congress to perform 19 programs and services to assist law enforcement, families and the professionals who serve them.

12.    CYBERTIP:  The CyberTipline® receives leads and tips regarding suspected crimes of sexual exploitation committed against children.  The CyberTipline is operated in partnership with the FBI, Immigration and Customs Enforcement, U.S. Postal Inspection Service, U.S. Secret Service, military criminal investigative organizations, U.S. Department of Justice, Internet Crimes Against Children Task Force programs, as well as other state and local law enforcement agencies.  Reports to the CyberTipline are made by the public and Electronic Service Providers (ESP).  ESPs are required by law to report apparent child pornography to law enforcement via the CyberTipline (18 U.S.C. § 2258A). The Knoxville Police Department Internet Crimes Against Children Task Force receives NCMEC Cyber Tips for the state of Tennessee on a weekly basis.

13.    KIK:  Kik Messenger, commonly called Kik, is a freeware instant messaging mobile app available free of charge on iOS and Android operating systems.  Kik is a social networking application which permits a user to trade and disseminate various forms of digital media, while utilizing a wireless telephone.   Kik is a free service easily downloaded as an application from the Internet.  Kik Messenger is a feature within Kik that allows its users to communicate to selected friends as well as browse and share any web site content with those whom the user selects, while still on the Kik platform.  In addition, Kik users can exchange images, videos, sketches, stickers and even web page content by posting such content privately with individual users (with whom the user selects) or publicly (on the Kik platform) with multiple individuals who belong to "Groups."  Groups are formed when like-minded individuals join collectively online in an online forum, created oftentimes by a Kik user designated as the Kik "Administrator"

of the group.  Groups can hold up to 50 Kik usernames. I know from previous experience that many Kik groups are created to host/discuss topics such involving the sexual exploitation of children.

14.    SNAPCHAT: Snapchat is one of the most popular applications for sending and receiving 'self-destructing' messages, pictures, and videos. Referred to as 'snaps', the company processes approximately 700 million of them every day on Apple's iOS and Google's Android operating systems.  According to marketing material provided by the company the average Snapchat user checks their account 14 times a day.  A "snap" is a picture or video message taken and shared with other Snapchat users in real-time.  The sender of a snap has the option of setting a timer for how long a snap can be viewed. Once a snap has been viewed it is deleted from the company's system and is no longer visible to the recipient.  Snapchat users can send text messages to others using the Chat feature.  Once a user leaves the Chat screen, messages viewed by both the sender and receiver will no longer be visible.  The application notifies other users when they are online so they can begin messaging each other.  In addition, Snapchat users can send pictures to other users by utilizing the camera on their device.  Accessing a Snapchat account and "snaps" constitute "electronic communications" within the meaning of 18 U.S.C. § 3123.  *See* 18 U.S.C. §§ 3127(1) and 2510(12).  While a Snapchat message may disappear, the record of who sent it and when still exists.  Snapchat records and retains information that is roughly analogous to the call detail records maintained by telecommunications companies.  This includes the date, time, sender, and recipient of a snap.  Additionally, Snapchat stores the number of messages exchanged, which users

they communicate with the most, message status including if and when the message was opened, and whether the receiver used the native screen capture function of their device to take a picture of the snap before it disappeared.

15.     FACEBOOK: Meta owns and operates Facebook, a free-access social networking website that can be accessed at http://www.facebook.com.  Facebook users can use their accounts to share communications, news, photographs, videos, and other information with other Facebook users, and sometimes with the public.  Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network.  Facebook assigns a group identification number to each group.  A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request."  If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other.

16.     LINKEDIN: Microsoft owns and operates LinkedIn, a free-access professional networking website that can be accessed at http://www.linkedin.com. LinkedIn users can use their accounts to share communications, news, photographs, videos, and other information with other LinkedIn users, and sometimes with the public. LinkedIn users may join one or more groups or networks to connect and interact with other users who are members of the same group or network.  LinkedIn assigns a group identification number to each group.  A LinkedIn user can also connect directly with individual LinkedIn users by sending each user a "Friend Request."  If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for

purposes of LinkedIn and can exchange communications or view information about each other.

**PROBABLE CAUSE**

**<u>In Michael BLEDSOE's Home, the FBI Finds Evidence of Child Exploitation.</u>**

17.     On December 13, 2024, the FBI executed a search warrant on the home of Michael BLEDSOE, located in Haslett, Michigan. The warrant authorized the seizure of BLEDSOE's electronic devices, and it also permitted agents to search those devices for evidence of federal child exploitation and child pornography offenses. BLEDSOE had an Apple iPhone 14 in his possession when agents made contact with him.  He provided the Apple iPhone to agents and consented to a voluntary interview.

18.     During the interview, BLEDSOE confirmed that he used various social media accounts, including the Discord account "onetallmutha" and the Kik messaging username "stiltyJack" (hereafter referred to as "SJ") which is the same account BLEDSOE had used to communicate with an Online Covert Employee (OCE) of the FBI.

19.     BLEDSOE stated there was possibly masturbation videos of minors or people close to minor age in a hidden application on his phone.  BLEDSOE also advised there were "probably some fake nudes" in the chats or the hidden application on his phone. BLEDSOE said he would take a picture to an unknown website and artificial intelligence (AI) would generate what that person who look like naked.  BLEDSOE admitted that he altered images of his minor stepdaughter (hereafter referred to as Probable Minor Victim 1 or PMV1) by using AI to make her appear naked.

20.    BLEDSOE also confirmed that he provided PMV1's Snapchat username to an unknown individual online and asked the person to "friend her."

21.    An FBI Master Digital Forensic Examiner conducted a review of the Apple iPhone 14 collected from BLEDSOE. A review of the device revealed over 40 sexually explicit images of real children engaging in real (i.e., actual) sexually explicit conduct. Additional images on BLEDSOE's iPhone featured the faces of real children whose bodies had been altered using AI-technology to appear photo-realistically nude. Among this collection of AI-edited photos were multiple explicit photos of PMV1. Also observed on BELDSOE's iPhone were Telegram, Kik, and Discord chats with the OCE.

### Investigators Identify Kik User "samiamsam_24"

22.    During a review of BLEDSOE's Kik chats under the username "SJ," it was discovered that BLEDSOE was active in several additional group and private chats sharing and discussing incestuous activities with stepdaughters.  One such conversation was a private Kik chat between BLEDSOE and user "samiamsam_24_ea7" (hereafter referred to as SAM).

23.    In a recovered chat, SAM told BLEDSOE, "My step is 15 too."  SAM and BLEDSOE discussed their stepdaughters and having a sexual interest in them.  Below are excerpts from the chat from November 28, 2024:

BLEDSOE/SJ:        I mean, I'm sure she's cute but tell me about her?

SAM:                Shes kind of an old soul. She is into baking and knitting and she's very sweet but also kinda go with the flow ish. Her mom is an abusive cow and she doesn't even live with us its just me and

|  |  | the kid most of the time so it's kinda like we are married but I just can't seem to like cross that line even tho we've had a couple of close calls neither of us seems to make the move" |
| --- | --- | --- |
| SAM: | But very pretty |
| SAM: | She asks me for backrubs and things get kinda tense ngl |
| BLEDSOE/SJ: | But you need to test things a bit if you want to know. |
| SAM: | I Have |
| SAM: | The closest I've come is when she has been asleep or really high |
| BLEDSOE/SJ: | What have you done? |
| SAM: | Massaging her and we were both high and she fell asleep and i rubbed my cock on her ass and looked at her |
| BLEDSOE/SJ: | You should use her panties. Leave a little pre cum in them. |
| SAM: | I have |

24.    SAM and BLEDSOE then started talking about hiding cameras and "catfishing" minors. Catfishing is when someone sets up a fake online identity and uses it to trick and/or control others.[1]

25.    The two soon reached an agreement regarding BLELDSOE's stepdaughter. SAM offered to try and get nude photographs from BLEDSOE's stepdaughter by adding her as a friend on the application SnapChat.  His plan was to pretend to be a girl and

---

[1]https://www.esafety.gov.au/young-people/catfishing

build trust with BLEDSOE's stepdaughter till she felt comfortable sharing nude photos. BLEDSOE agreed to provide his stepdaughter's SnapChat screen name on the condition that SAM would preserve and send him "everything" SAM got from BLEDSOE's stepdaughter.  Below are excerpts from the chat from November 28 and 29, 2024:

| | |
|---|---|
| SAM: | Tried hiding cameras |
| BLEDSOE/SJ: | Did she find them? |
| SAM: | She never found the cameras but its just so risky |
| BLEDSOE/SJ: | I want to get a camera for the bathroom. |
| BLEDSOE/SJ: | Does she have a usb charger anywhere? Like in an outlet? |
| BLEDSOE/SJ: | They make some really convincing ones that look like chargers. That work like chargers. |
| SAM: | Yes I have one And a hidden camera that is obviously a camera so if she found it I'm fucked |
| BLEDSOE/SJ: | So use one that doesn't look like a cam. |
| SAM: | No good angle |
| SAM: | But maybe. Hehe. I've tried catfishing her too |
| BLEDSOE/SJ: | Yiu have? How did that go? |
| SAM: | I can get nudes from 12 year olds but my own step wont sdd me back |
| BLEDSOE/SJ: | I've wondered what my girl would say if I tried that |
| BLEDSOE/SJ: | How do you get nudes from them? |
| SAM: | Want me to try? |
| SAM: | I'll send u what i get |
| SAM: | I've done it for dad's before |

BLEDSOE/SJ:      Would you send me everything you get?

BLEDSOE/SJ:      Would you show me the entire conversation?

SAM:      I have a girl account. Build trust. I have a good story. Its actually easy

SAM:      I would screen cap the whole thing

BLEDSOE/SJ:      What would you use to talk to her?

SAM:      Snapchat

SAM:      I would normalize seeing your dad sexually because I would talk to her about my dad and how it strengthened our bond and he does stuff for me like a princess blah blah

BLEDSOE/SJ:      If I were to give you her name and her friends name, I want to see all conversations.

BLEDSOE/SJ:      All pictures.

SAM:      So here's the thing i respect u and ur privacy and this secret because I don't want to get busted and neither do you so just know I proceed with caution bc I don't want HER traumatized but if she is open to sending i think you deserve to see and if I can help I want to

BLEDSOE/SJ:      You tried this with your own daughter?

SAM:      I added her old one but I don't think it's active

BLEDSOE/SJ:      How many dads have you done this for?

SAM:      That would be a confession lol

SAM:      Quite a few

SAM:      Not so much lately because I deleted my old accounts but I used to do it for guys in kik groups for perving on family

| | |
|---|---|
| SAM: | Also I regularly call out and expose creepy pedos who try to catfish me on the account so girls are like omg ur a hero |
| SAM: | I'm very good at this |
| BLEDSOE/SJ: | I mean, I think we both want to see her lol. I want to see what she'd do |
| SAM: | Only one girl I talked to went thru with it tbh Most don't go for it |
| BLEDSOE/SJ: | Is it bad I'd want to see video and screenshots? Lo |
| SAM: | I wouldn't even do this without showing you. That's the hot part lol |
| BLEDSOE/SJ: | I'd want to see everything lol |
| SAM: | Give me her snap |
| BLEDSOE/SJ: | [Sends username for PMV1] |
| SAM: | u sure? |
| BLEDSOE/SJ: | I guess. |
| BLEDSOE/SJ: | We will see what happens. |
| SAM: | Ok. I've added her |

26.    BLEDSOE provided SAM details about PMV1's life so SAM could better chat with PMV1.  SAM later asked BLEDSOE if PMV1 was the "only younger girl" he was attracted to.  SAM later responded, "I've been into 12+ since I can remember being into girls."

27.    On November 29, 2024, SAM sent BLEDSOE an image of a female in underwear.  SAM stated, "I was able to get on my daughters snap and her story is...hot. She just hasn't added me back but I can see her story."  BLEDSOE then asked SAM when

the last time was that he talked to "someone's daughter."  SAM stated he was talking to

one currently, besides BLEDSOE's. The following chats excerpts from November 29,

2024, are relating to SAM talking to an unknown minor:

| | |
|---|---|
| SAM: | I'm talking to one now besides yours |
| BLEDSOE/SJ: | A new girl? |
| SAM: | Ive been talking to her |
| BLEDSOE/SJ: | How's that going? |
| SAM: | She's fat but slutty |
| SAM: | 12 about to turn 13 |
| BLEDSOE/SJ: | That's a fun age. |
| BLEDSOE/SJ: | How is she slutty? |
| SAM: | She shows me her asshole |
| BLEDSOE/SJ: | Nice. |
| BLEDSOE/SJ. | I'm impressed lol |
| SAM: | Thanks. |
| SAM: | [Sends a screen shot of a Snapchat message. The screenshot displays two images of a younger female in the shower with her chest exposed.] |
| BLEDSOE/SJ: | Oh Shit. |
| BLEDSOE/SJ: | Lucky you |
| SAM: | Shes hot |
| SAM: | Her dad wants to fuck her so bad |
| SAM: | But she also has a lot of emotional mental health issues so it's like she's acting out and I'm trying to determine if she would regret it or tell a therapist yk and that's not something i can just |

ask her so i gotta see if she can handle it because she talks a big game like she wants to take dick all night and she is into older men so yeah. I think she's gonna go for it. Shes chubby but sexy as fuck

SAM:                    Ive talked to her for months

28.    After PMV1 did not respond to SAM's Snapchat invitations, BLEDSOE provided SAM with two additional Snapchat accounts belonging to friends of PMV1. BLDSOE also suggested his 20-year-old niece. SAM replied, "Oh? Younger is easier tbh. The older a girl gets the more they want more than that I guess." SAM then asked if BLEDSOE knew a 12-year-old, or "13-15 is ideal." BLEDSOE then suggested that SAM and he start a "test my daughter" group on Kik.

29.    On March 4, 2025, PMV1's mother provided me with screen captures of PMV1's Snapchat ignored list. I observed one user on the list was named "samiamsam4463" with the display name of "SamIamSam." Here's an image of the ignored request:



**Evidence links BRANDON to 5 different social media
accounts that were used to commit child exploitation offenses.**

30.    The FBI issued a subpoena to Snapchat for subscriber information related to "samiamsam4463". Snapchat provided the following information:

Username:              samiamsam4463

Email address:        samiamsamtoday@gmail.com and

samiamsam4ever@gmail.com

Created date:        Mon Dec 02 03:16:13 UTC 2024

Display name:        SamIamSam

31.    According to records provided by Snapchat, the most recent IP activity for "samiamsam4463" was recorded on March 25, 2025, at 10:19:29 UTC from IP address 162.81.62.150.

32.    The FBI issued a subpoena to Kik for subscriber information related to "samiamsam_24". Kik provided the following information:

First Name: samiamsam_24

Last Name:

E-mail: samiam.samiam.1999@gmail.com (unconfirmed)

User IP data:  IP 162.81.62.150 on 2025/02/23 22:15:22 UTC

Additional IP address 73.108.203.177 on 2024/12/02 04:06:54 UTC

33.    The FBI issued a subpoena to Knoxville Utilities Board (KUB) for subscriber information related to IP address 162.81.62.150. KUB provided the following information:

Subscriber name: Christina Bell

Service address: 7612 Cedarcrest Rd Knoxville, TN 37938

Billing address: 7612 Cedarcrest Rd Knoxville, TN 37938

Subscriber phone #: (865) 387-7433

Subscriber email: joshbrandonradio@gmail.com

Subscriber account #: 120270

Service start: 12/17/2024

Service still active as of 03/21/2025

34.     Open-source information revealed that Christina Brandon and BRANDON reside at 7612 Cedarcrest Rd Knoxville, TN 37938. According to Accurint returns Christina Brandon's maiden name is Bell.  Both Christina Brandon and BRANDON have Tennessee Driver's Licenses listing 7612 Cedarcrest Rd Knoxville, TN 37938 as their address.

35.     A LinkedIn profile for Joseph "Josh" BRANDON lists telephone number 865-387-7433 as a contact number for him, which is the subscriber number for KUB internet. The LinkedIn profile picture for "Josh Brandon" is consistent with the Tennessee Driver's License image for Joseph BRANDON.  BRANDON wrote in the "About" section of his LinkedIn profile that he is a "full-time actor and voiceover artist operating from my professional-grade home studio."  Also of note: the subscriber email address lists the name "Josh Brandon" in the address.

36.     Below is a Tennessee Driver's license photograph of BRANDON, which has similarities to the display picture of Snapchat user "samiamsam4463":



37.    A Facebook profile was located associated with Christina Brandon. A picture was posted on October 27, 2022, of a younger female.  Christina responded to a Happy Birthday comment with, "That's my daughter!"

   a)    This comment is significant to me because SAM's initial statement to BLEDSOE was that he also had a 15-year-old "step."

38.    On April 8, 2025, I received a NCMEC Technical Assistance Report identifying any CyberTipline (CT) reports associated with IP addresses listed in the Kik subpoena response, 162.81.62.150 and 73.108.203.177.  NCMEC identified five CT reports associated with these IP addresses.  Four CT reports were made by Snapchat and one report was made by Kik.

39.    NCMEC provided CT report 195246226, reported by Kik.  Kik reported user "samiamsam08" was associated with sharing images and/or videos consistent with child pornography.  Kik provided 36 files to NCMEC related to CT report 195246226. I reviewed these files and observed 31 video files consistent with probable child pornography, 3 image files of probable child pornography, 1 file of probable child erotica, and 1 PDF containing subscriber information for Kik user "samiamsam08_xcg".  Kik provided the following subscriber information to NCMEC:

   First Name: SamIamSam08

   Last Name:

   E-mail: samiamsam.2023@gmail.com (confirmed)

   Username: SamIamSam08

   User IP data:  IP 73.108.203.177 on 2024/05/18 16:13:03 UTC

40.    The NCMEC CT reports made by Snapchat are summarized below:

**a) CyberTip 190074021**

Electronic Service Provider (ESP): Snapchat

Suspect:

Date of Birth: 08-04-2000

Email Address: samiamsam.2023@gmail.com (Verified)

Screen/User Name: samiamsam2023

IP Address: 73.108.203.177 (Other) 03-22-2024 11:43:23 UTC

**b) Reported conversation excerpts:**

| | |
|---|---|
| samiamsam2023 2024-03-03T19:28:10.687Z: | Im gonna be honest i got my hopes up for a moment |
| sxxx_pxxxxxxx [2]2024-03-03T19:28:43.585Z: | oh |
| samiamsam2023 2024-03-03T19:29:07.058Z: | how old r u |
| sxxx_pxxxxxxx 2024-03-03T19:29:42.950Z: | 16 |
| samiamsam2023 2024-03-03T19:30:32.428Z: | oh |
| samiamsam2023 2024-03-03T19:30:35.854Z: | I'm 42 |
| samiamsam2023 2024-03-03T19:34:17.926Z: | very nice. can I be into you even if you aren't into me? Lol |
| samiamsam2023 2024-03-13T20:08:51.860Z: | but you are a beautiful girl. like very pretty. I know ur uncomfortable with it but I would like to see a Lot more. ur very pretty. but you also have a very VERY nice cock for now and I enjoy the idea of you quite a lot. I loved watching |

---

[2] Username was redacted to protect identify of potential minor victim, full username is known to law enforcement.

you shoot you load. I am very attracted to you. your eyes. your hair. your smile.

samiamsam2023 2024-03-13T20:09:17.170Z:    if you liked men at all I would graphically describe what I want to do to you lol.

sxxx_pxxxxxxx 2024-03-13T20:09:27.881Z:    just say it

sxxx_pxxxxxxx 2024-03-13T20:13:25.374Z:    can't listen to that rn

sxxx_pxxxxxxx 2024-03-13T20:13:29.262Z:    type it please

samiamsam2023 2024-03-13T20:18:36.206Z:    I want to drain your balls down my throat. I want to suck you slowly and with eye contact and then when you tell me you're close to climax I want you to either shove it down my throat or pull out and jack off all over my face. then, once I have your cum I want to spread your cheeks, tongue fuck your tight little hole until you beg for my fat cock to stretch you. them I will lay you on your back legs over my shoulders and I will push my cock into your wet little hole while your limp little cock twitches, still leaking some cum onto your tummy. then as I stretch your asshole and push myself gently into you I want to watch you pretty face while you strain to take it. once I am in and you're well lubricated I want to fuck you long slow and deep watching your cock get harder with each thrust knowing how you like being fucked like the girl you are. then when your cock is hard again ur goin to jack off while I trust into you, and when you feel my cock swell and empty into you, when you feel that rush of hot fluid release inside of you, you will bust your nut again all over yourself like a good girl and we will

collapse together cleaning each other up
until u need to cum again

c) **CyberTip 194424838**

ESP: Snapchat

Child Victim[3]

Phone: +18652480709 (Verified)

Date of Birth: 11-16-2007

Screen/User Name: katelyn_izkewl

IP Address: 73.108.203.177 (Other) 05-30-2024 05:13:59

UTC IP Address: 172.56.168.157 (Other) 04-12-2024 23:58:13 UTC

Suspect

Date of Birth: XX-XX-2000[4]

Screen/User Name: asmasultana8919

IP Address: 152.59.203.223 (Other) 05-30-2024 09:36:03

d) **Reported conversation excerpts**:

asmasultana8919 (Reported) 2024-04-14T05:48:13.949Z:        Love you

katelyn_izkewl 2024-04-14T05:47:31.469Z:        No. It's rape. I didn't
ask for this so I'm gonna

---

[3] Typically, the government redacts identifying information for child victims from search warrant affidavits. I have not done so regarding this CyberTip information because, as explained in greater detail later on in this document, evidence indicates that the purported "victim" account associated with username katelyn_izkewl is actually a fake account under control of BRANDON and that, moreover, BRANDON is using this account as part of his efforts to sexually exploit children.

[4] The complete date of birth was provided in the CyberTip, but I have omitted it from this document for the sake of protecting personally identifiable information. If this information is necessary to a determination of probable cause, I will provide it to the reviewing magistrate upon request.

report u bc I'm just 15

asmasultana8919 (Reported) 2024-04-14T05:46:40.467Z:     U like this

    **e) CT 202383772**

        ESP: Snapchat

        Suspect

            Phone: +16154922994 (Verified 05-01-2024 21:07:35 UTC)

            Date of Birth: 05-01-2000

            Email Address: samiam.samiam.1999@gmail.com
(Verified 05-01-2024 21:05:22 UTC)

            Screen/User Name: samiamsam24

            IP Address: 73.108.203.177 (Other) 05-01-2024 21:05:22 UTC

    **f) Reported conversation excerpts**:

samiamsam24 (Reported) 2024-10-29T21:23:21.676Z:     Hi

samiamsam24 (Reported) 2024-11-10T05:10:28.357Z:     Would u watch me cum?

lxxxxxxx[5]:     They are trying to get me
to send stuff I'm 10

    **g) CyberTip 208388000**

        ESP: Snapchat

        Suspect

            Date of Birth: 11-27-2010

---

[5] Username was redacted to protect identify of potential minor victim, full username is known to
law enforcement.

Email Address: samiamsamtoday@gmail.com

Screen/User Name: samiamsam4463

IP Address: 162.81.62.150 (Other) 03-30-2025 19:13:37 UTC

IP Address: 73.108.203.177 (Registration) 12-02-2024 04:16:13 UTC

h) **Reported conversation Excerpts**:

samiamsam4463 (Reported) 2025-03-29T19:10:16.412Z:          goddamn ur  gorgeous

samiamsam4463 (Reported) 2025-03-29T19:10:27.015Z:          do u send back?

samiamsam4463 (Reported) 2025-03-29T19:10:33.455Z:          a lot of the girls in the group do usually

uxxxxxxxxxxxxxx[6] 2025-03-29T19:12:13.861Z:          Yah

samiamsam4463 (Reported) 2025-03-29T19:23:35.219Z:          age?

uxxxxxxxxxxxxxx 2025-03-29T19:23:58.736Z:          16

samiamsam4463 (Reported) 2025-03-29T19:35:24.285Z:          oh shit does it matter im 4w

samiamsam4463 (Reported) 2025-03-29T19:35:25.192Z:          42

samiamsam4463 (Reported) 2025-03-29T19:42:53.552Z:          7bdab063-d27e-3d25-116 6b05f4d98d1~web.mp4 (uploaded video file of an adult male fondling his penis)

41.    The significance of the above cited NCMEC CT reports is that each of the CT reports are associated with the same IP addresses and all but one has the username

---

[6] Username was redacted to protect identify of potential minor victim, full username is known to law enforcement.

variation of "SamIamSam". The only exception is the Snapchat username of "katelyn_izkewl", the purported "victim" username in the above chat with user "asmasultana8919". However, Kik user SAM reported to BLEDSOE that he regularly calls out "creepy pedos" that try to catfish him while he is using a female account. This would explain why the "katelyn_izkewl" and "samiamsam" usernames trace back to the same IP address. Additionally, username "samiamsam4463" that was reported in CyberTip 208388000 was the same username that attempted to friend PMV1.

42.    Furthermore, I observed on PMV1's ignored user list the username "katelyn_izkewl." Here's an image of the ignored request below:



43.    The FBI issued subpoena to Comcast Cable Communications for subscriber information related to IP address 73.108.203.177 between March 22, 2024, and December 2, 2024, which would cover each of the CyberTipline reports. Comcast advised they do not keep IP data for more than 180 days but were able to provide subscriber information for the date/time of December 2, 2024, at 04:16:13 UTC, relating to Snapchat user samiamsam4463 (CT208388000). Comcast provided the following information:

    a.    Subscriber name: JOSEPH BRANDON

    b.    Service and Billing Address:    379384401

    c.    Telephone number: (865) 387-7433

    d.    Type of Service: Internet (Disconnected 12-17-2024)

      e.      Account Number: 8396500042579213

      f.      Start if Service: 09/29/2021

      g.      Account Status: Disconnected

44.      The Comcast account disconnected date is important because it is the same date as the KUB internet service start date.

45.      The FBI conducted surveillance at 7612 Cedarcrest Road, Knoxville, TN on multiple days. On April 1, 2025, Christina Brandon was observed leaving the residence to go to work. On April 15, 2025, a male, believed to be BRANDON, was observed on the patio of the residence.

46.      On April 30, 2025, the FBI executed a search warrant on 7612 Cedarcrest Road, Knoxville, TN. Joseph BRANDON was located on the premises.

47.      Prior to April 30, 2025, SnapChat provided material to the FBI in response to a federal search warrant concerning the SnapChat accounts described above. In the returns concerning **samiamsam4463**, there was a "selfie" style photo depicting the face of Joseph BRANDON. In addition, there were multiple sexually explicit videos showing a male masturbating. One video showed a room that contained three specific sex toys. When agents executed the residential search warrant on 7612 Cedarcrest Drive, they found a room that was consistent in appearance with the room in the video containing the sex toys. The same toys were also found in the room.

      a.    SnapChat provided over 60 gigabytes of data in response to the search warrants for the SnapChat accounts described above. Review of this material is ongoing. I provide the above details merely to establish probable

cause that Joseph BRANDON is, in fact, the person controlling **samiamsam4463** and the other SnapChat accounts discussed in this document.

## CONCLUSION

48.    Based on the facts above, I submit that Joseph BRANDON is the person who was using these social media accounts:

    a)    Kik user account **samiamsam_24_ea7**;

    b)    Kik user account **samiamsam08_xcg**;

    c)    Snapchat user account **samiamsam4463**;

    d)    Snapchat user account **samiamsam2023.**

    e)    Snapchat user account **katelyn_izkewl**; and

    f)    Snapchat user account **samiamsam24**.

49.    Based on the facts above, I submit there is probable cause that Joseph BRANDON conspired with Michael BLEDSOE to sexually exploit a child contrary to 18 U.S.C. § 2251(e).

50.    Accordingly, I request that the Court issue a warrant for the arrest of Joseph BRANDON.